**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  THOMAS F. CARRAS and       §   Case No. 12-50966
        FRANCES J. CARRAS          §            Hon. CAROL A. DOYLE
                                   §            Chapter 7
                                   §
         Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/08/2014 in Courtroom 742, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN    **DISTRICT OF** ILLINOIS
<u>EASTERN DIVISION</u>

In re:  THOMAS F. CARRAS and      §    Case No. 12-50966
        FRANCES J. CARRAS          §              Hon. CAROL A. DOYLE
                                   §              Chapter 7
                                   §
        Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $10,000.00
*and approved disbursements of*                   $0.00
*leaving a balance on hand of* [1]           $10,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE |  | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:         $0.00
Remaining balance:                         $10,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,750.00 | $0.00 | $1,750.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $22.12 | $0.00 | $22.12 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $900.00 | $0.00 | $900.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,  U.S. Bankruptcy Court* | |
| *Fees, United States Trustee* | |
| Other | |

Total to be paid for chapter 7 administrative expenses: $2,672.12

Remaining balance: $7,327.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for         , Fees* | | | |
| *Accountant for         , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses: $0.00

Remaining balance: $7,327.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $7,327.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,616.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   20   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $17,035.68 | $0.00 | $3,409.29 |
| 2 | Quantum 3 Group, agent for Comenity Bank | $523.74 | $0.00 | $104.81 |
| 3 | Quantum 3 Group, agent for Comenity Bank | $2,396.48 | $0.00 | $479.60 |
| 4 | World's Foremost Bank | $2,535.07 | $0.00 | $507.33 |
| 5 | Citi Financial, Inc. | $8,541.59 | $0.00 | $1,709.40 |
| 6 | Portfolio Recovery Assoc, LLC successor | $5,583.72 | $0.00 | $1,117.45 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $7,327.88 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   0   percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 12-50966-CAD
Thomas F. Carras                                          Chapter 7
Frances J. Carras
         Debtors                  CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko              Page 1 of 1                  Date Rcvd: Dec 17, 2013
                              Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2013.
db/jdb        Thomas F. Carras,    Frances J. Carras,    959 Grissom Trail,    Elk Grove Village, IL  60007-3030
19873850     +Arthur W. Rummler,    799 Roosevelt Road,    Building 2, Suite 104,   Glen Ellyn, IL 60137-5919
19873857    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Goodyear Credit Plan,    PO Box 183015,    Columbus, OH  43218-3015)
19873851     +Cabelas Club Visa,    PO Box 82519,    Lincoln, NE 68501-2502
19873854      Chase,   PO Box 15153,    Wilmington, DE  19886-5153
19873855      Citi Mortgage,    PO Box 6243,    Sioux Falls, SD  57117-6243
20586291      CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
19873860     +Macy's,   PO Box 183083,    Columbus, OH 43218-3083
19873859     +Macy's,   PO Box 8053,    Mason, OH 45040-8053
19873861      One Main Financial,    PO Box 140489,    Irving, TX  75014-0489
20614413    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to CAPITAL ONE, NATIONAL,    ASSOCIATION,    PO Box 41067,   Norfolk, VA 23541)
19873863      Sears Premiere Mastercard,    PO Box 183082,    Columbus, OH  43218-3082
19873864      Union Plus Cedit Card,    PO Box 17051,    Baltimore, MD  21297-1051
19873865      WFNNB Carsons,    PO Box 182125,    Columbus, OH  43218-2125
20552545      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20648728      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2013 02:09:33      Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,    Oklahoma City, OK  73124-8840
19873856      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2013 02:08:21      Discover,    PO Box 30943,
               Salt Lake City, UT  84130
20230055      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2013 02:08:21      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
20245665      E-mail/Text: bnc-quantum@quantum3group.com Dec 18 2013 01:56:32
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
19873862      E-mail/Text: mtg.bankruptcy@regions.com Dec 18 2013 01:56:55      Regions Mortgage,    PO Box 2153,
               Dept. 2520,   Birmingham, AL  35287-2520
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19873858*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot,    PO Box 182676,    Columbus, OH  43218)
19873853*     Frances J. Carras,    959 Grissom Trail,    Elk Grove Village, IL  60007-3030
19873852*     Thomas F. Carras,    959 Grissom Trail,    Elk Grove Village, IL  60007-3030
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2013 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Arthur W Rummler    on behalf of Debtor Thomas F. Carras arthur.rummler@gmail.com,
               artrummler@juno.com
              Arthur W Rummler    on behalf of Joint Debtor Frances J. Carras arthur.rummler@gmail.com,
               artrummler@juno.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```